UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSE DISOTUAR and MANUEL
VAZQUEZ, an individual

      Plaintiffs,

v.                                       Case No: 2:17-cv-524-FtM-38MRM

FERNANDEZ THE BULL MIDTOWN,
INC.,

      Defendant.
_____/

## OPINION AND ORDER[1]

This matter comes before the Court on the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 23) filed on February 5, 2018. Plaintiffs brought this action under the Fair Labor Standards Act for unpaid minimum wages and unpaid overtime wages. (Doc. 1). The parties now inform the Court that Plaintiffs' claims against Defendant have been resolved in full without compromise, with the attorney's fees negotiated separately from the resolution of Plaintiffs' claims. (Doc. 23). Therefore, there is no need for the Court to review and approve the settlement for fairness. *See Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350, 1352 (11th Cir. 1982). Moreover, Federal Rule of Civil Procedure 41 allows a plaintiff to dismiss an action without a court order by "a stipulation

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Here, the parties dismiss this case with prejudice under Rule 41(a)(1)(A)(ii) and provide the Court with a Joint Stipulation for Dismissal signed by all parties. (Doc. 23).

Accordingly, it is now

**ORDERED:**

1. This case is **DISMISSED with prejudice.**

2. The Clerk of Court is **DIRECTED** to enter judgment accordingly, terminate all pending motions, and close this file.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of February, 2018.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record